**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALITZEL CERVANTES SOLIS, | ) Case No. CV 26-5820-DMG (SKx) |
| | ) |
| Plaintiff, | ) **ORDER RE STIPULATION TO** |
| | ) **CONTINUE BRIEFING DEADLINES** |
| | ) **AND HEARING ON MOTION FOR** |
| v. | ) **PRELIMINARY INJUNCTION [19]** |
| | ) |
| MARKWAYNE MULLIN, | ) |
| Secretary, U.S Department of | ) |
| Security; JOSEPH B. EDLOW, | ) |
| Director, U.S. Citizenship and | ) |
| Immigration Services | ) |
| | ) |
| Defendants. | ) |

On June 24, 2026, the parties filed a Stipulation Re: Continuance of Briefing Deadlines and Hearing Re: Motion for Preliminary Injunction. [Doc. # 19.] Good cause appearing, the Court **APPROVES** the Stipulation.

The Court **ORDERS,** *nunc pro tunc***,** the following extensions of dates and deadlines:

1. Defendants' opposition brief shall be filed by **July 8, 2026**.

2. Plaintiff's reply brief shall be filed by **July 15, 2026**.

3. The hearing on Plaintiff's Motion for Preliminary Injunction ("MPI") is continued to **July 30, 2026 at 10:00 a.m.**

The parties shall immediately notify the Court if they have resolved this matter such that the MPI and underlying case become moot.

**IT IS SO ORDERED.**

DATED:  June 26, 2026

_____
DOLLY M. GEE
Chief United States District Judge